[No. 7824–1–I.  Division One.  January 12, 1981.]

PACIFIC COMPONENT HOMES, INC., *Respondent,* v. RICHARD H. RICE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 844633, Peter K. Steere, J., entered July 2,

1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Callow, J.